UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

Restaurant Equipment
And Supply                             Case No. 05-01316
                                       Chapter 7
Debtor

**FILED**

MAR 1 5 2011

Clerk, U.S. District and
Bankruptcy Courts

### PRAECIPE

Clerk: Please deposit the enclosed check representing unclaimed dividend check to Leizer Goldmsith, check number 314 in the amount of $590.93.

            s/s  Bryan Ross
Bryan Ross #263863
Chapter 7 trustee
1800 K Street NW
Suite 624
Washington, DC 20006
202-659-2214

Received
Mail Room
MAR 15 2011

Angela D. Caesar, Clerk of Cour
US Bankruptcy Court, District of Columb